UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-1318

FILED
APR 1 1 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER TO SEAL |
| v. ) | COMPLAINT AFFIDAVIT |
| ) | |
| JAKYM TIBBS ) | |
| a/k/a "Jak" ) | |

It is hereby ORDERED[1] that the Motion to Seal the Complaint, the Complaint and associated Affidavit, Warrant for Arrest filed in the above-referenced matter, and this Order be SEALED until further notice of this court, except that certified copies be provided to the Office of the United States Attorney and Special Agents of the Federal Bureau of Investigation, as needed.

This the 11 day of April, 2014.

_____
JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE

1) FOR GOOD CAUSE SHOWN, BASED ON THE FACTS AND REASONS STATED IN THE MOTION TO SEAL.