UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case Number 5:14-cr-72-D-3

UNITED STATES OF AMERICA

v.  ORDER TO SEAL MOTION

JAKYM CAMEL TIBBS,
    Defendant

The Defendant, having moved to seal the attached Motion for the reasons stated in that Motion, and the Court finding GOOD CAUSE for granting that Motion to Seal, hereby ORDERS that the Defendant's Motion be sealed.

This the 22 day of February, 2017.

Honorable James C. Dever, III
Chief United States District Judge